People v Buchanan (2025 NY Slip Op 06030)

People v Buchanan

2025 NY Slip Op 06030

Decided on October 30, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 30, 2025

Before: Webber, J.P., Kennedy, Pitt-Burke, O'Neill Levy, JJ. 

Ind No. 247/19 509/18 1100/18|Appeal No. 5085-5085A-5085B|Case No. 2019-05333|

[*1]The People of the State of New York, Respondent,
v
Joshua Buchanan, Defendant-Appellant. 

Twyla Carter, The Legal Aid Society, New York (Harold V. Ferguson, Jr. of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Aidan Sanchez of counsel), for respondent.

Judgments, Supreme Court, Bronx County (Nicholas Iacovetta, J.), rendered July 9, 2019, convicting defendant, upon his guilty pleas, of robbery in the third degree and petit larceny under indictment No. 509/18, robbery in the third degree and petit larceny under indictment No. 1100/18, and attempted assault in the second degree and assault in the third degree under indictment No. 247/19, and sentencing him, as a second felony offender, to an aggregate terms of 2 to 4 years, unanimously affirmed.
While defendant's waiver of the right to appeal is not an impediment to review of his claim that his third guilty plea was involuntary, and rendered his three pleas invalid (see People v Seaberg, 74 NY2d 1, 10 [1989]), the claim is unpreserved and we decline to review it in the interest of justice (see People v Byrne, 37 AD3d 179, 180 [1st Dept 2007]). As an alternative holding, we find that each of defendant's guilty pleas was entered voluntarily, knowingly, and intelligently (see People v Conceicao, 26 NY3d 375, 382-383 [2015]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 30, 2025